**Chris B. GRINDLING, Plaintiff–Appellant,**

v.

**Todd THOMAS, et al., Defendants–Appellees.**

No. 11–17044.

United States Court of Appeals, Ninth Circuit.

Submitted July 17, 2012.*

Filed July 26, 2012.

Christopher Grindling, Eloy, AZ, pro se.

*See* Fed. R.App. P. 34(a)(2).

Before: SCHROEDER, THOMAS, and SILVERMAN, Circuit Judges.

MEMORANDUM **

Hawaii state prisoner Chris B. Grindling appeals pro se from the district court's judgment dismissing his 28 U.S.C. § 2254 petition alleging condition of confinement claims. We have jurisdiction under 28 U.S.C. §§ 1291 and 2254. We review de novo, *Jiminez v. Rice*, 276 F.3d 478, 481 (9th Cir.2001), and we affirm.

Because Grindling should have brought his claims in a civil action under 42 U.S.C. § 1983 rather than as a habeas petition, the district court properly dismissed Grindling's action without prejudice. *See Nelson v. Campbell*, 541 U.S. 637, 643, 124 S.Ct. 2117, 158 L.Ed.2d 924 (2004) ("constitutional claims that merely challenge the conditions of a prisoner's confinement ... fall outside of [the] core [of habeas relief] and may be brought pursuant to § 1983").

Grindling's remaining contentions are unpersuasive.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).